UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANTHONY EUGENE LEWIS,

    Plaintiff,

v.

CITY OF SEATTLE, et al.,

    Defendants.

Case No. C07-1517MJP

ORDER ON PLAINTIFF'S MOTION FOR CERTIFICATE OF APPEALABILITY AND MOTION TO APPOINT ARBITRATOR

This matter comes before the Court on two motions presented by Plaintiff. Having reviewed the motions and all pertinent documents in the record, the Court finds and orders as follows:

1. Plaintiff's motion for a certificate of appealability under 28 U.S.C. § 1292(b) (Dkt. No. 110) is DENIED. The statute allows for interlocutory appeal from an order the district judge believes "involves a controlling question of law as to which there is substantial ground for difference of opinion and that an immediate appeal from the order may materially advance the ultimate termination of the litigation." 28 U.S.C. § 1292(b). Plaintiff does not point to a disputed question of law, but seeks to appeal the "sufficiency of the evidence." (Dkt. No. 110 at 4.) In addition, an interlocutory appeal at this time would only encourage piecemeal litigation and would not "materially advance the ultimate termination" of this suit.

2. The Court requests a response from Defendants on Plaintiff's motion to appoint an arbitrator. (Dkt. No. 109.) If the parties agree, the Court may request that a Magistrate Judge conduct a telephonic settlement conference. The Court requests Defendants file

their response by July 7, 2009.  Plaintiff's reply, if any, shall be due on July 13, 2009.

Plaintiff's motion will be noted for consideration on July 13, 2009.

It is SO ORDERED.  The Clerk is directed to transmit a copy of this order to all counsel of record and mail a copy to Plaintiff.

DATED: June 25, 2009.

/s/ Marsha J. Pechman

Marsha J. Pechman
United States District Judge